IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARA HERLIHY,<br><br>                   Plaintiff,<br><br>   v.<br><br>HYATT CORPORATION d/b/a GRAND HYATT BAHA MAR, CARIB RESORTS INC., and BLUE ILLUSIONS, LTD.,<br><br>                   Defendants. | Case No.: 20-cv-10885<br><br>**HYATT CORPORATION'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Hyatt Corporation hereby discloses that its parent corporation is Hyatt Hotels Corporation, a publicly held company that trades under the symbol "H" on the New York Stock Exchange. No other publicly held company owns 10 percent or more of Hyatt Corporation's stock.

Dated:   White Plains, New York
           December 29, 2020

                                              Respectfully submitted,

                                              **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

                                              Thomas M. DeMicco, Esq.
                                              Suma S. Thomas, Esq.
                                              Marielle A. Moore, Esq.
                                              *Attorneys for Petitioner*
                                              *HYATT CORPORATION*
                                              1133 Westchester Avenue
                                              White Plains, New York 10604
                                              Tel.: (914) 323-7000
                                              thomas.demicco@wilsonelser.com

1

suma.thomas@wilsonelser.com
marielle.moore@wilsonelser.com

To:   Philip V. Aiello
     McManus Ateshoglou Aiello
     & Apostolakos PLLC
     Attorneys for the Plaintiff
     48 Wall Street, 25th Floor
     New York, New York 10005

     Carib Resorts Inc.
     600 NE 36th Street, St. 39
     Miami, Florida 33137

     Blue Illusions, Ltd.
     Balmoral Island
     P.O. Box N-4839
     Nassau, New Providence, Bahamas

     Blue Illusions, Ltd.
     c/o DWF Adjusting Limited
     1 Scott Place, 2 Hardman Street
     Manchester, Great Manchester, M3 3AA
     United Kingdom

11399088v.2