UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARA HERLIHY,

                          Plaintiff,

   -v-

HYATT CORPORATION, *d/b/a* GRAND HYATT BAHA MAR, CARIB RESORTS INC., and BLUE ILLUSIONS, LTD.,

                         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/4/2021

No. 20-cv-10885 (MKV)

ORDER

MARY KAY VYSKOCIL, District Judge:

      On February 4, 2021, the Court held an Initial Pretrial Conference in this matter, at which counsel for Plaintiff and counsel for Defendant Hyatt Corporation appeared. As the Court stated at the conference, IT IS HEREBY ORDERED that, by February 5, 2021 at 5:00 PM, Plaintiff's counsel shall file a notice of appearance in this action and register for ECF notifications, which the Court's Individual Rules of Practice clearly state that all "counsel are required" to do. IT IS FURTHER ORDERED that Hyatt Corporation shall file its contemplated motion to dismiss the claims against it by February 25, 2021. Plaintiff shall respond by March 18, 2021. Hyatt Corporation shall reply by April 1, 2021. Because the only defendant who has been served and appeared in this action intends to file a dispositive motion, the Court declined to enter a Case Management Plan at this time. The Court informed the parties that it would revisit the discovery schedule once the other defendants have appeared and the Court has ruled on the motion of Hyatt Corporation to dismiss the complaint.

      **The Court also warned Plaintiff's counsel that failure to file a notice of appearance, to serve—and file proof of service on—Defendants Blue Illusions, Ltd. and Carib Resorts,**

2

Inc., and otherwise to prosecute this case might result in sanctions, including dismissal for failure to prosecute.

**SO ORDERED.**

Date: **February 4, 2021**
New York, NY

_____
**MARY KAY VYSKOCIL**
United States District Judge