## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARA HERLIHY,<br><br>      Plaintiff,<br><br>  v.<br><br>HYATT CORPORATION d/b/a GRAND HYATT BAHA MAR, CARIB RESORTS INC., and BLUE ILLUSIONS, LTD.,<br><br>      Defendants. | Case No.: 20-cv-10885 (MKV)<br><br>**NOTICE OF MOTION**<br><br>Hon. Mary Kay Vyskocil |

**PLEASE TAKE NOTICE** that upon this Notice of Motion, Movant's Statement of Undisputed Facts dated March 4, 2021, the Declaration of Christina Urbanski dated March 1, 2021, and the supporting Memorandum of Law dated March 4, 2021, Defendant HYATT CORPORATION, *i/s/h/a HYATT CORPORATION d/b/a GRAND HYATT BAHA MAR* ("Hyatt Corp."), moves this Court, in accordance with the briefing schedules set forth by the Hon. Mary Kay Vyskocil at the court conference held on February 4, 2021, ECF no. 13 and on March 3, 2021, ECF no. 15, for an Order pursuant to Fed. R. Civ. P. 56 granting Defendant Hyatt Corp. summary judgment as there is no genuine issue of material fact that (i) this Court lacks personal jurisdiction over Hyatt Corp, (ii) Hyatt Corp. is an improper party; (iii) this matter should be dismissed based on the doctrine of *forum non conveniens* and granting such other and further relief that this Court deems just and proper. Movant intends to file and serve reply papers to Plaintiff's opposition papers.

11593487v.1

Dated: White Plains, New York
       March 4, 2021

                                        Respectfully Submitted,

                                        [signature]

                                        Thomas M. DeMicco, Esq.
                                        Suma S. Thomas, Esq.

                                        *Attorneys for Defendant*
                                        HYATT CORPORATION *i/s/h/a* HYATT
                                        *CORPORATION d/b/a*
                                        *GRAND HYATT BAHA MAR*
                                        1133 Westchester Avenue
                                        White Plains, NY  10604
                                        Tel.: (914) 323-7000
                                        F: (914) 323-7001
                                        e-mail:  Thomas.DeMicco@wilsonelser.com
                                                 Suma.Thomas@wilsonelser.com
                                        File No.:  10888.00841

To:

Via ECF
McManus Ateshoglou Aiello & Apostolakos PLLC
*Attorneys for Plaintiffs*
48 Wall Street, 25th Floor
New York, New York 10005
(212) 425-3100
Attention: Philip Aiello, Esq.

Carib Resorts Inc.
600 NE 36 Street, Ste 39
Miami FL 33137
*Not yet appeared, but served*
*as per Plaintiff's affidavit of service*

11593487v.1

Blue Illusions, Ltd.
Balmoral Island
P.O. Box N-4839
Nassau, New Providence, Bahamas
c/o DWF Adjusting Limited
1 Scott Place, 2 Harman Street
Manchester, Great Manchester M3 3AA
United Kingdom
*Not yet appeared, but served*
*as per Plaintiff's affidavit of service*

11593487v.1